THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HARRY MORTIMER CRAWFORD, Appellant.

(Argued March 15, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 15, 1891, which affirmed a judgment of the Court of Sessions of the county of Ulster, entered upon a verdict convicting the defendant of the crime of bigamy.

*G. D. B. Hasbrouck* for appellant.

*John H. Vanderlyn* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, J., not voting.
Judgment affirmed.

---

ALLEN W. SELLECK, Respondent, *v.* J. LANGDON & COMPANY, Appellant.

(Argued March 16, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Spencer Clinton* for appellant.

*Tracy Becker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.